## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| AMERICAN ATHEISTS, INC.; <br> BETTY JO FERNAU; <br> CATHERINE SHOSHONE; <br> ROBERT BARRINGER; and <br> KAREN DEMPSEY, | **PLAINTIFFS** |
| v.    Case No. 4:18-cv-00729-KGB | |
| STANLEY JASON RAPERT, in his <br> individual and official capacity, | **DEFENDANT** |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Stanley Jason Rapert, in his official capacity.

Date:  October 4, 2018

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs
Ark. Bar No. 2016167
Assistant Solicitor General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-3661
Fax: (501) 682-2591
Dylan.Jacobs@arkansasag.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Dylan L. Jacobs, hereby certify that on October 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the filing to any participants.

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs