# UNITED STATES DISTRICT COURT
for the
EASTERN District of ARKANSAS

AMERICAN ATHEISTS, INC.; BETTY JO
FERNAU; CATHERINE SHOSHONE; ROBERT
BARRINGER; and KAREN DEMPSEY

*Plaintiff*

v.  )  Case No. 4:18-cv-00729-KGB
)
STANLEY JASON RAPERT, in his individual )
and official capacity )
)

*Defendant*

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stanley Jason Rapert

Date: January 3, 2019

John Paul Byrd, AR85020
*Attorney's printed name and bar number*

415 N. McKinley St, Ste 210, Little Rock, AR 72205
*Address*

paul@paulbyrdlawfirm.com
*E-mail address*

501-420-3050
*Telephone number*

501-420-3128
*FAX number*