**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY**                                                                    **PLAINTIFFS**

**V.**                          **CASE NO. 4:18-cv-729-KGB**

**STANLEY JASON RAPERT, in his
individual and official capacity**                                                  **DEFENDANT**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), Plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey hereby give notice of the voluntary dismissal of their Complaint against Defendant Stanley Jason Rapert in his individual capacity and in his official capacity as State Senator. This Notice of Voluntary Dismissal is due to their previous attorney's failure to obtain service on the Defendant within the time allotted by Fed. R. Civ. P. 4(m). Plaintiffs will refile their Complaint and promptly serve it.

Respectfully submitted,

Philip E. Kaplan (AR68026)
Williams & Anderson PLC
Attorneys for Plaintiffs
111 Center Street, Suite 2200
Little Rock, Arkansas 72201
501-372-0800
pkaplan@williamsanderson.com