**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**AMERICAN ATHEISTS, INC.;**
**BETTY JO FERNAU;**
**CATHERINE SHOSHONE;**
**ROBERT BARRINGER; and**
**KAREN DEMPSEY**                                                                  **PLAINTIFFS**

v.                          Case No. 4:18-cv-00729-KGB

**STANLEY JASON RAPERT, in his**
**individual an official capacity**                                                 **DEFENDANT**

## ORDER

Before the Court is plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey's notice of voluntary dismissal (Dkt. No. 10). Plaintiffs' notice comports with the requirements of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court denies as moot defendant Stanley Jason Rapert's motions to dismiss for failure to serve him in both his individual and official capacity (Dkt. No. 5, 8). This case is dismissed without prejudice.

So ordered this the 4th day of January, 2019.

_____
Kristine G. Baker
United States District Judge